IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE SANCHEZ | Case No. 3:18-MJ-451-BH<br><br>**FILED UNDER SEAL** |

## MOTION FOR DETENTION

The United States of America moves for the pretrial detention of Defendant **JOSE SANCHEZ** pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because it involves (A) a material witness in a criminal proceeding whose presence may become impracticable to secure by subpoena; and (B) (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156)

    \_\_\_\_ Maximum sentence of life imprisonment or death

    _X_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk that defendant will flee

    \_\_\_\_ Serious risk of obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

**Motion for Detention - Page 1**

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check all that apply):

__X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

DATED this __6th__ day of July 2018.

**Motion for Detention - Page 2**

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ *Rebekah Ricketts*
Rebekah Ricketts
Assistant United States Attorney
Texas Bar No. 24074883
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: (214) 659-8744
Facsimile: (214) 659-8800
Email: rebekah.ricketts@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 6th day of July 2018.

/s/ *Rebekah Ricketts*
Rebekah Ricketts
Assistant United States Attorney