**SEALED**

# United States District Court

NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL -9 PM 2:32

DEPUTY CLERK ___9M___

UNITED STATES OF AMERICA

V.

JOSE SANCHEZ (2)

**WARRANT FOR ARREST**

CASE NUMBER: 3-18-MJ- 451·BH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE SANCHEZ
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally combined, conspired, confederated and agreed with other persons, known and unknown to distribute a controlled substance, namely cocaine,

in violation of Title  21 , United States Code, Section (s)  846 .

IRMA C. RAMIREZ
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

July 5, 2018, Dallas, TX
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Office

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Little Elm, Texas |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-5-18 | TFO J. Fons | _[signature]_ |
| DATE OF ARREST 7-5-18 | | |